# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CESAR MENDOZA, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>U.S. TURF, LLC,<br><br>    Defendant. | Case No. 2:24-cv-01363-JAD-NJK<br><br>**Order**<br><br>[Docket No. 39] |

Pending before the Court is Plaintiffs' motion to compel. Docket No. 39.

On September 29, 2025, the parties filed a notice of settlement indicating that they are in the process of finalizing a written settlement agreement. Docket No. 43.

Accordingly, the pending motion to compel is **DENIED** without prejudice. Docket No. 39.

IT IS SO ORDERED.

Dated: October 20, 2025.

_____
Nancy J. Koppe
United States Magistrate Judge

1